Christopher M. Young
State Bar No.: 7961
Firm: Christopher M. Young, PC
Address: 2460 Professional Ct., Ste. 200
Las Vegas, NV 89128
Phone: (702)240-2499
Fax: (720)240-2489
Attorney email: cyoung@cotomlaw.com

Tommy R. Hastings*
Texas State Bar No.: 24031637
Firm: Hastings Law Firm, PC
The Woodlands, TX 77380
Phone: (281)466-1396
Fax: (281)466-1887
Attorney email: tommy@hastingsfirm.com
**Pro Hac Vice*

ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE ALVAREZ<br>Plaintiff,<br><br>vs.<br><br>THOMAS WARREN PALMER, solely in his capacity as surviving spouse and distributee of the property of ANGELA PALMER, M.D., DECEASED, PURSUANT TO NRS 146.070; DUKE FORAGE ANSON NEUROSURGICAL, LLC, D/B/A THE SPINE AND BRAIN INSTITUTE, a Limited Partnership; ROBERT RIGGIO, M.D., and ROBERT TODD RIGGIO, M.D., P.C., a Professional Corporation, SUNRISE HEALTHCARE, d/b/a SUNRISE HOSPITAL AND MEDICAL CENTER, a Domestic Limited Liability Company<br><br>Defendants. | **Case No.: 2:26-cv-02069-GMN-BNW**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO CONDUCT FED. R. CIV. P. 26(f) CONFERENCE AND TO SUBMIT THE STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff George Alvarez and the appearing Defendants, by and through their respective counsel of record, hereby stipulate and agree, subject to the approval of this Court, to extend the deadline to conduct the conference required by Fed. R. Civ. P. 26(f) and the corresponding deadline to submit a stipulated discovery plan and scheduling order under LR 26-1. This is the first request to extend either deadline. No previous extension of either deadline has been requested by any party or granted by the Court.

## I. RELEVANT BACKGROUND

1. Plaintiff filed his Complaint on July 8, 2026 and his First Amended Complaint on July 23, 2026.

2. Defendants Robert Riggio, M.D., and Robert Todd Riggio, M.D., P.C., were the first Defendants to appear in this action, by notice of appearance filed July 30, 2026

3. Under LR 26-1(a), the conference required by Fed. R. Civ. P. 26(f) was to be held within 30 days after the first Defendant answered or otherwise appeared. Applying Fed. R. Civ. P. 6(a)(1)(C), that deadline fell on Monday, August 31, 2026. The stipulated discovery plan and scheduling order would then have been due fourteen days later.

4. The remaining Defendants appeared on a rolling basis after the LR 26-1(a) period began to run. Counsel for Defendants Thomas Warren Palmer and Duke Forage Anson Neurosurgical, LLC, d/b/a The Spine and Brain Institute, appeared on August 13, 2026. Counsel for Defendant Sunrise Hospital and Medical Center, LLC, appeared and filed its Answer on August 20 and August 21, 2026.

5. Between August 12 and August 27, 2026, the parties were engaged in briefing dispositive motions. Defendants Riggio and Riggio, P.C., filed a motion to dismiss on August 12, 2026. Defendant Palmer filed a motion to dismiss on August 13, 2026. Plaintiff filed responses on August 19, 2026. Defendants Palmer and Duke Forage Anson Neurosurgical, LLC, filed a joinder on August 25, 2026. Replies and a further joinder were filed on August 26 and August 27, 2026. The last of those filings was made four days before the LR 26-1(a) deadline.

6. Three Defendants have Rule 12 motions or joinders pending. Under Fed. R. Civ. P. 12(a)(4)(A), the time for those Defendants to serve a responsive pleading is suspended until fourteen days after the Court denies the motions or postpones their disposition.

7. The parties have since conferred and have agreed to hold the Fed. R. Civ. P. 26(f) conference on Wednesday, September 16, 2026.

## **II. REASONS FOR THE REQUESTED EXTENSION**

Good cause supports the requested extension, and to the extent LR IA 6-1(a) requires it because the deadline has passed, the failure to seek relief before the deadline expired was the result of excusable neglect.

a. Five parties are represented by four separate law firms. The LR 26-1(a) period is measured from the appearance of the first Defendant, and by the time the last appearing Defendant had completed its responsive filings on August 27, 2026, only four days remained in that period. Coordinating a conference of five sets of counsel within that window was not practicable.

b. During the LR 26-1(a) period, counsel for every party were engaged in the briefing of two motions to dismiss and two joinders, which was completed on August 27, 2026.

c. The delay is short. The parties seek an extension of sixteen days to conduct the conference, and they have already agreed upon a date certain rather than seeking an open-ended extension.

d. The parties acted in good faith. This request is not made for the purpose of delay, and no party has sought or obtained a prior extension of these deadlines.

e. No party will be prejudiced and no other deadline will be affected. The discovery period under LR 26-1(b)(1) is measured from the date the first Defendant answered or otherwise appeared, July 30, 2026, and is not extended by this stipulation. No trial date has been set, and no scheduling order has yet been entered.

## III. RELIEF REQUESTED

The parties respectfully request that the Court enter an order providing as follows:

1. The deadline under LR 26-1(a) to conduct the conference required by Fed. R. Civ. P. 26(f) is extended to and including Wednesday, September 16, 2026.

2. The deadline under LR 26-1(a) to submit a stipulated discovery plan and scheduling order is extended to and including Wednesday, September 30, 2026.

3. The parties will exchange the disclosures required by Fed. R. Civ. P. 26(a)(1) on or before Wednesday, September 30, 2026.

4. Nothing in this stipulation extends the discovery period measured under LR 26-1(b)(1) from July 30, 2026, or alters the deadline for any Defendant to serve a responsive pleading under Fed. R. Civ. P. 12(a)(4)(A).

## IV. SIGNATURES

DATED this 1st day of September, 2026.

**CHRISTOPHER M. YOUNG, PC**

By: /s/ Christopher M. Young *with permission

Christopher M. Young, Esq. (NV Bar No. 7961)

2460 Professional Ct., Ste. 200

Las Vegas, NV 89128

Attorney for Plaintiff George Alvarez

DATED this 1st day of September, 2026.

**HASTINGS LAW FIRM, PC**

By: /s/ Tommy R. Hastings

Tommy R. Hastings, Esq. (TX Bar No. 24031637)

Admitted Pro Hac Vice
Attorney for Plaintiff George Alvarez

DATED this 1st day of September, 2026.

**MESSNER REEVES LLP**
By: /s/ Eleanor D. Murphy *with permission
Katherine L. Turpen, Esq. (NV Bar No. 8911)
Eleanor D. Murphy, Esq. (NV Bar No. 15071)
Attorneys for Defendants Robert Riggio, M.D., and Robert Todd Riggio, M.D., P.C.

DATED this 1st day of September, 2026.

**McBRIDE HALL**
By: /s/ Sean M. Kelly *with permission
Robert C. McBride, Esq. (NV Bar No. 7082)
Sean M. Kelly, Esq. (NV Bar No. 10102)
Attorneys for Defendants Thomas Warren Palmer and Duke Forage Anson Neurosurgical, LLC, d/b/a The Spine and Brain Institute

DATED this 1st day of September, 2026.

**HALL PRANGLE, LLC**
By: /s/ Andolyn R. Johnson *with permission

Michael E. Pangle, Esq. (NV Bar No. 8619)
Tyson J. Dobbs, Esq. (NV Bar No., 11953
Andolyn R. Johnson, Esq. (NV Bar No. 14723
Attorneys for Defendant Sunrise Hospital and
Medical Center, LLC

**IT IS SO ORDERED:**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: September 2, 2026